UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                Case No. 8:08-mc-128-T-33EAJ

JAMES J. LONIGRO,

    Respondent.
_____/

**ORDER**

This cause comes before the Court upon consideration of United States Magistrate Judge Elizabeth A. Jenkins' report and recommendation (Doc. # 13), filed on January 12, 2009, recommending that Petitioner's petition to enforce Internal Revenue Service Summons (Doc. # 1) be granted. As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir.

1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Elizabeth A. Jenkins' report and recommendation (Doc. # 13) is **ACCEPTED** and **ADOPTED.**

(2) Petitioner's petition to enforce Internal Revenue Service summons (Doc. # 1) is **GRANTED.**

(3) Respondent shall produce the requested documents to Officer Keith within twenty (20) days of this Order. Further, if testimony is necessary, Respondent shall appear before Officer Keith within ten days of producing

the requested documents, at a time convenient for Officer Keith.

(4) The Clerk shall mail a copy of this Order to James L. Lonigro, 29453 Birds Eye Drive, Wesley Chapel, Florida 33543.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of January, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of record

Pro se Respondent